UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

BARBARA HILL,

                        Plaintiff,

   - against -

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

                      Defendant.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

24-cv-03506-RPK-LB

      **PLEASE TAKE NOTICE** that **KATHLEEN M. LINNANE**, Assistant Corporation Counsel, on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, appears herein as counsel of record for defendant Department of Education of the City of New York. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated: New York, New York
       July 5, 2024

                                      **MURIEL GOODE-TRUFANT**
                                      Acting Corporation Counsel
                                      of the City of New York
                                      Attorney for Defendant
                                      100 Church Street, Room 2-190
                                      New York, New York 10007
                                      (212) 356-2467

                        By:  */s/ Kathleen M. Linnane*
                               Kathleen M. Linnane
                             Assistant Corporation Counsel

cc:    Pro Se Plaintiff (By ECF and USPS)