UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

BARBARA HILL,

Plaintiff,

24-cv-3506-RPK-LB

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK

Defendant.

-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Assistant Corporation Counsel Shivani R. Damera, dated August 29, 2024, and the exhibits annexed thereto, the Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, dated August 29, 2024, and upon all prior pleadings and proceedings held herein, Defendant New York City Department of Education will move this Court before the Honorable Rachel P. Kovner, United States District Judge at the United States District Court for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for judgment in favor of Defendant pursuant to Rule 12(b) of the Federal Rules of Civil Procedure dismissing the Complaint, in its entirety, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
August 29, 2024

**MURIEL GOODE-TRUFANT**
Acting Corporation Counsel of the City of New York
Attorney for Defendant
100 Church Street, Room 2-193
New York, New York 10007
(212) 356-2444

By: /s/ Shivani R. Damera
Shivani R. Damera
Assistant Corporation Counsel

24-cv-3506-RPK-LB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BARBARA HILL,

Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

Defendant.

**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT AND DECLARATION OF SHIVANI R. DAMERA IN SUPPORT**

***MURIEL GOODE-TRUFANT***
*Acting Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Second Floor*
*New York, New York 10007*

*Shivani R. Damera*
*Tel: (212) 356-2444*
*Matter No.: 2024-050543*

*Due and timely service is hereby admitted.*

*New York, N.Y.* ...................................................., *2024*

.......................................................................................

*Attorney for* ........................................................................