UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BARBARA HILL,

                        Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK

                        Defendant.

------------------------------------------------------------------x

**DECLARATION OF ASSISTANT CORPORATION COUNSEL SHIVANI R. DAMERA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

24-cv-3506-RPK-LB

       **Shivani R. Damera** declares, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct:

       1.    I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendant, New York City Department of Education ("DOE"), in the above-captioned action.

       2.    I respectfully submit this declaration in support of Defendant's Motion to Dismiss the Complaint, pursuant to 12(b)(6) of the Federal Rules of Civil Procedure.

       3.    Annexed hereto are true and correct copies of the following documents submitted in support of Defendant's motion:

       4.    Exhibit A is the Martin F. Scheinman Arbitration Agreement, dated September 10, 2021.

       5.    Exhibit B is the letter from Plaintiff in support of her September 20, 2021 religious accommodation request.

       6.    Exhibit C is the letter from Plaintiff in support of her November 30, 2021 appeal of the denial of her religious accommodation request to the Citywide Panel.

7. Exhibit D is Plaintiff's termination email, dated March 17, 2022.

8. Exhibit E is the Notice of Claim filed by Plaintiff, dated May 9, 2023.

9. These documents may be considered by the Court because they are integral to and upon which the Complaint relies. See <u>Holowecki v. Fed. Express Corp.</u>, 440 F.3d 558, 565-66 (2d Cir. 2006).

**WHEREFORE,** Defendant respectfully requests that its Motion to Dismiss the Complaint be granted, the Complaint be dismissed in its entirety and judgment be entered in favor of Defendant, and that Defendant be granted any such other and further relief as the Court may deem just and proper.

Dated: August 29, 2024
       New York, New York

/s/ *Shivani R. Damera*
Shivani R. Damera
Assistant Corporation Counsel