# EXHIBIT B

Dear Chief Executive Officer

Statement of Declination for Offer of Covid-19 Vaccine Product

I, Barbara a  living female retain and reserve all of my God given rights including sole possession and sole use of all my biological materials which are granted to me by my Creator.

My employer New York City Department of Education has mandated a Covid-19 vaccination product to be received by me pursuant to and satisfying their requirements.

I retain the right to decline all attempts to access, influence and or otherwise alter any and all of my God given biological material and or biological systems which are unique, flawless and original design and
craftsmanship of my Creator and of which my Creator has granted me sole possession, proprietorship and use of.

I require that any and all product required by my employee or workplace for me to receive be both entirely retrievable from and also removable in its entirety from my body, person and manhood at the conclusion of each and every work period and or work shift and also again at the completion of my contracted obligations with my location of employment and or employer.

Pursuant to my above statement, I decline the offer for Covid-19 Vaccine Product.
By
Barbara Hill

September 20,2021. All Rights Reserved

H.M.H.P REV. RAYMOND OLIVER ANDERSON PRIEST BEFORE THE LORD THY GOD

Genesis 2:9 Out of the ground the Lord God caused to grow every tree that is pleasing to the sight and good for food. Revelations 22:2 and the leaves of the tree were for the healing of the nations. The Covid-19 vaccine is not a naturally occurring substrate of nature which in its use represents defilement of ones temple and its mandate therefore encroaches upon ones religious freedom of choice. Mankind was given authority and rights by God to rule over the birds of the air, the beasts of the field the fishes of the sea, the earth and to subdue it. Ones inalienable rights to liberty, religious freedom, and state of well-being cannot be taken or given away by any man, establishments nor institutions.

Furthermore Covid-19 vaccines embodies fetal tissue which would be tantamount to genetic cannibalism which is abhorrent to God and an offense to my sincere moral ethical religious beliefs.

Let it be known that I, Barbara Hill,and my family members, on this day of, September 20,2021, I am of sound mind and entitled to freedom from coercion.
Employer/Institution, Department of Education.