# EXHIBIT C

Statement of Declination for Offer of Covid-19 Vaccine Product

I, Barbara Hill a  living female retain and reserve all of my God given rights including sole possession and sole use of all my biological materials which are granted to me by my Creator.

My employer NYC Department of Education has required a Covid-19 vaccination product to be received by me pursuant to and satisfying NYS Department of Health Mandate.

I retain the right to decline all attempts to access, influence and or otherwise alter any and all of my God given biological material and or biological systems which are unique, flawless and original design and
craftsmanship of my Creator and of which my Creator has granted me sole possession, proprietorship and use of. This is my sincere religious conviction that I may not commit an abomination act against God's temple which is my body.

Genesis 2:9 Out of the ground the Lord God caused to grow every tree that is pleasing to the sight and good for food. Revelations 22:2 and the leaves of the tree were for the healing of the nations. The Covid-19 vaccine in its use is a defilement of ones temple therefore encroaches my sincere religious beliefs.

Mankind was given authority and rights by God to rule over the birds of the air, the beasts of the field the fishes of the sea, the earth and to subdue it. Ones inalienable rights to liberty, religious freedom, and state of well-being cannot be taken or given away to any man.

I require that any and all product required by my employee or workplace for me to receive be both entirely retrievable from and also removable in its entirety from my body, person and womanhood at the conclusion of each and every work period and or work shift and also again at the completion of my contracted obligations with my location of employment and or work.

Pursuant to my above statement, I decline the offer for Covid-19 Vaccine Product.
By
Barbara Hill


November 30, 2021.  All Rights Reserved