# EXHIBIT D

| | |
|---|---|
| From: | Division of Human Resources |
| To: | |
| Subject: | Termination of NYCDOE Employment |

March 17th 2022

HILL, BARBARA
PHYSICAL THERAPIST
EMPL ID:

Dear HILL, BARBARA:

You have previously received notice regarding your failure to comply with the New York City Health Commissioner's Order requiring vaccination of all NYCDOE staff and that you would be terminated from DOE as a result. Compliance with that Order is a condition of employment. Since you did not comply with the Order and did not choose to extend your leave without pay, despite notice and an opportunity to do so, your employment with the New York City Department of Education is terminated, effective March 17, 2022. Please note that your health insurance coverage through the City also ceases upon termination.

If you have not already done so, you must return all DOE-issued equipment and materials, including your ID, to your supervisor. Information about COBRA will be mailed separately to you at the address on file in NYCAPS. Your school and/or office will be notified of your termination as well.

Thank you for your service to the New York City Department of Education.

Sincerely,


NYCDOE Division of Human Resources