**Barbara Hill**
Pro se plaintiff
E-mail: b.cazeau@gmail.com
**By ECF**                                                              September 4, 2024
Judge Rachel P. Kovner
United States Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Hill V. The Department of Education of the City of New York</u><br>
1:24-cv-03506-RPK-LB

Dear Judge Kovner:

     I write to respectfully request an extension of time for me, the Pro se plaintiff, to respond to the Defendant's Motion To Dismiss from September 30, 2024 to October 21, 2024. The Defendant has consented to Pro se plaintiff's request.

     The requested extension of time is necessary to review case law and the Defendant's motion to dismiss. Thank you for your consideration of this request.

                                                                Respectfully Submitted,
                                                                 /s/ Barbara:Hill
                                                                 Barbara Hill

CC:     All Parties of Record (ByECF)
           Shivani R. Damera
           Assistant Corporation Counsel
           By email at sdamera@law.nyc.gov