Barbara Hill, PRO SE
1423 East 104th Street
Brooklyn, N.Y. 11236
b.cazeau@gmail.com

**BY ECF**
Honorable Nicholas G. Garaufis                March 3, 2026
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Barbara Hill v. The Department of Education of the City of New York
24-CV-03506 (NGG) (CHK)**

Dear District Judge Garaufis,

I am the Plaintiff Pro Se in the matter cited above. I am writing this letter motion to proceed to discovery in my failure-to-accommodate claim that was granted by prior Judge Rachel P. Kovner on 3/20/2025.

I filed this case on 5/14/2024. After my claim was granted on 3/20/2025, Judge Kovner wrote that I could Amend my Complaint, which I submitted to this Court on 4/29/2025. Defendant opposed my action on 5/13/2025, and I filed a Response on 6/1/2025.

My case was reassigned to you on October 21, 2025, and in a Memorandum and Order docketed on 2/19/2025, you denied my request to Amend my Complaint.

I hereby move this Court to proceed on the failure-to-accommodate claim by exchanging discovery documents, including interrogatories.


Thank you for your consideration.


Sincerely,


/s/ Barbara Hill

   Barbara Hill


CC:     Shivani Reddy Damera
         All Parties of Record (ByECF)
          Shivani R. Damera
          Assistant Corporation Counsel
           By email at  SDamera@law.nyc.gov