UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————x
                                              :
BARBARA HILL_____,              :
                                              :
           Plaintiff(s),                      :
                                              :
              v.                              :      Case No.: _24-CV-3506 (NGG) (CHK)_
                                              :
THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK ,  :
                                              :
           Defendant(s).                      :
————————————————————x

## **PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

1.    Date for completion of automatic disclosures required by Fed. R. Civ. P.
      26(a)(1): _____04/06/2026_____ (*before the initial conference, absent good cause*)

2.    No additional parties may be joined after: ____04/07/2026____

3.    No amendment of the pleadings will be permitted after: ____04/07/2026____

4.    Fact discovery shall be completed by: ____09/15/2026____
      (*generally 4–6 months after the initial conference*)

5.    The parties shall make required Rule 26(a)(2) disclosures, if any, for:

      (a)    expert witnesses on or before ____10/15/2026____

      (b)    rebuttal expert witnesses on or before ____11/16/2026____

6.    All discovery, including expert dispositions, shall be completed by:
      ____12/18/2026____ (*presumptively 30 days after rebuttal expert disclosures
      and generally no more than 9 months after the initial conference*)

7.   The deadline to take the first step in dispositive motion practice shall be: _____01/18/2027_____ (*presumptively 30 days after the close of all discovery*)

8.   Have the parties discussed the production of electronically stored information (ESI) and agreed on an ESI protocol? __n/a__ (*yes, no, n/a*)

9.   Have the parties executed releases for medical or other records subject to discovery? __NO__ (*yes, no, n/a*)

10.  At what point (*e.g.*, as soon as possible, after document discovery, after party depositions, at the close of fact discovery) should the Court hold a settlement conference?

     At the close of discovery
     _____

☑   Check if the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8 at this time.

☐   Check if all parties consent to the jurisdiction of U.S. Magistrate Judge Clay H. Kaminsky pursuant to 28 U.S.C. § 636(c) at this time.

The scheduling order, once entered at the initial conference, may be altered or amended only upon a showing of good cause not foreseeable as of the date thereof.

**PROPOSED BY:**

*Counsel for Plaintiff(s)*                    *Counsel for Defendant(s)*

Barbara: Hill                                      *Shivani Damera*

2