UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


*** Filed ***
07:39 AM, 06 Apr, 2026
U.S.D.C., Eastern District of New York

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

Barbara Hill Plaintiff,

-against

THE DEPARTMENT OF EDUCATION OF THE CITY OF
NEW YORK,
Defendants.

PLANTIFFS' INITIAL DISCLOSURE

Case No.: 24- CV-3506 (NGG) (CHK)

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff hereby submit her initial disclosures:

I. Individuals Likely to Have Discoverable Information

1. Barbara Hill
1423 East 104 Street,
Brooklyn, NY 11236
Plaintiff and fact witness regarding employment, termination, Accomadations request, and damages.

2. Betsy Combier
Website: https://advocatz.com/
Expert in education-related employment matters.

(a) Individuals Likely to Have Discoverable Information: May Use To
Support Claims :
• Katherine Rodi, Director of Employee Relations
• David Banks, Chancellor of the New York City Department of Education
• Martin Scheinman, Arbitrator
• Eric Amato, New York City Department of Education
• Eric Eichenholtz, New York City Law Department

(b) Please include any and all documents, text messages, communications, policies, memos, training materials, internal emails, or reports related to the below topics.
A. Katherine Rodi – Problem Code
1. Policies and procedures for placing employees on the "problem code."
2. Responsible individuals/offices and required documentation.

3. Criteria for designation.
4. Appeal/review/removal process and any timelines.

B. Martin Scheinman – Arbitration Payments & Religious Exemption Appeals
1. Invoices and payment sources for September 10th award and hearings.
2. Contracts or agreements for arbitration work.
3. Documents, texts, emails, recordings, memos between Scheinman and DOE regarding:
- Appeals process
- Criteria for religious accommodations
- Denials or approvals of appeals

C. Eric Amato – Employment History
1. Start date and end date (if applicable), and reason for separation.
2. Titles held, assignments, and job responsibilities.
3. Current title, department, and official duties.

D. Eric Eichenholtz – Citywide Panel
1. Employment start date and role at NYC Law Department.
2. Date and authority for creation of the Citywide Panel.
3. Responsibility for panel member selection.
4. Panel duties and decision-making process.

5. Names and agencies of panel members for 2021, 2022, 2023.
6. Activity and statistics:
- Number of appeals heard per year
- Number and types of accommodations approved
7. Detailed description of criteria used to deny religious accommodations.

E. Title VII Criteria – Citywide Panel
1. All documents referencing Title VII compliance in accommodation determinations.
2. Definitions of "sincerely held belief" and "undue hardship."
3. Legal memos, frameworks, or standards used to evaluate claims.
4. Panel training materials on religious accommodation and Title VII obligations.

F. NYC Department of Education Human Resources Department
Requesting:
1. LWOP Classification
- Explanation of "LWOP" designation and application.
- Criteria and legal authority for placing Plaintiff on LWOP.
- Impact on employment status and rights.
2. LWOP
Definitions and distinctions of LWOP.
- Conditions under which employees were placed in either category in 2021.
- Clarify whether Plaintiff was offered LWOP and why or why not.

3. SAMS Arbitration

- Names and roles of arbitrators who declined participation in religious exemption hearings.
- Communications explaining why any arbitrator declined.

4. UFT-DOE Arbitration Process

- Documents identifying selection process for arbitrators in impact bargaining agreements.
- Criteria for approving or denying exemptions.
- Memoranda, communications, and internal reports related to UFT/DOE arbitration outcomes.

(c) Computation of Damages: TBD
(d) Any Insurance Agreements: Not applicable.
Dated: New York, New York April  6, 2026

To: (By E-Mail)
Shivani Damera , Assistant Corporation Counsel
100 Church Street, 2-196
New York, New York 10007
(212) 356-2549