

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**SHIVANI R. DAMERA**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2444
E-mail: sdamera@law.nyc.gov

July 8, 2026

**BY ECF**

Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Hill v. New York City Department of Education</u>
1:24-CV-03506 (NGG)(CHK)

Dear Magistrate Judge Kaminsky:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel for the City of New York, attorney for Defendant in the above-referenced matter. Pursuant to the Court's June 9, 2026 Order, the parties respectfully submit this joint status report to provide an update on the status of fact discovery. <u>See</u> ECF Minute Entry + Order dated June 8, 2026.

**Background**

Plaintiff commenced this action on May 14, 2024. The Court denied in part, granted in part Defendant's motion to dismiss the Complaint. <u>See</u> ECF Minute Entry and Order, dated March 20, 2025. Specifically, the only claim remaining is Plaintiff's failure to accommodate claim. <u>Id</u>. The Court granted Plaintiff the opportunity to file an Amended Complaint. <u>Id</u>. On October 21, 2025, this case was reassigned to Judge Nicholas G. Garaufis and Magistrate Judge Clay H. Kaminsky. On February 19, 2026, the Court denied Plaintiff's Motion for Leave to File an Amended Complaint. <u>See</u> ECF Doc. No. 28. On March 3, 2026, Plaintiff wrote a letter motion wherein she requested that the Court order discovery on the failure-to-accommodate claim by exchanging discovery documents including interrogatories. <u>See</u> ECF Doc. No. 29. On April 2, 2026, the parties filed a Proposed Case Management Plan. <u>See</u> ECF Doc. No. 30.

**Status of Discovery**

The parties have been working together to move discovery in this matter forward. The parties exchanged initial disclosures on April 7, 2026. Plaintiff served discovery demands on June 21, 2026. Defendant served its discovery demands on June 30, 2026. The parties are currently reviewing discovery demands and working on preparing their responses and producing responsive documents. The parties intend to exchange responses and documents responsive to the First Set of Discovery Demands by August 17, 2026.

        Plaintiff also provided a settlement demand on June 21, 2026. Defendant is in the process of considering the settlement demand, including Plaintiff's non-monetary demands.  At this time Plaintiff is interested in mediation. Defendant will inform Plaintiff by July 31, 2026 if it is open to mediation and the parties will file a joint letter requesting mediation, if necessary, at that time.

Respectfully submitted,

/s/ *Shivani Damera*

Shivani R. Damera
Assistant Corporation Counsel

cc:    All Parties of Record (By ECF)